## McCOY v. STATE.
### No. 25202.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

Rehearing Denied April 11, 1951.

## McCOY v. STATE.
### No. 25201.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

Rehearing Denied April 11, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of passing a forged instrument, with a penalty of two years in the penitentiary.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear regular and nothing is presented for our consideration.

The judgment is affirmed.